USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                             :

FEDERAL INSURANCE COMPANY,         :

                            Plaintiff,      :

                                                             :      19-CV-9634 (VSB)

           -against-                  :

                                                             :         **ORDER**

EVERGREEN MARINE CORP. (TAIWAN)   :
LTD.; CHINA INTERNATIONAL FREIGHT :
CO., LTD.,                                           :

                                       Defendants.  :

----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       The Clerk of Court has entered a Certificate of Default in this matter. (Doc. 16.) Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.

       SO ORDERED.

Dated: January 9, 2020
         New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge