```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,              :

                Plaintiff,              :       ORDER

        -v.-                            :
                                                19 Civ. 9634 (VSB) (GWG)
EVERGREEN MARINE CORP. (TAIWAN) Ltd.,   :
et al.,
                                        :
                Defendants.
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The settlement conference scheduled Wednesday May 6, 2020, at 10:00 a.m. is changed to a <u>telephone</u> conference. The Court will provide the information to dial-in to the Court's conference line via email within the next 5 days. <u>Upon receipt of the email with the dial-in information, each counsel is directed to confirm with all other counsel that they have received the dial-in information</u>.

SO ORDERED.

Dated: April 21, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge